AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| Ice Legal, P.A. <br><br> *Plaintiff(s)* <br> v. <br> Blue Basil Studios, Ltd. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 15-cv-81690-RLR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Blue Basil Studios, Ltd.
 2 Tova Place, Thornhill
 Ontario, Canada L4J8C4


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Woodrow H. Pollack
 GrayRobinson, P.A.
 401 E. Jackson Street, Suite 2700
 Tampa, FL 33602


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Steven M. Larimore
Clerk of Court

**SUMMONS**

Date:  12/11/2015

*s/ Alex Rodriguez*
Deputy Clerk
U.S. District Courts